United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 15-14857-mdc |
|---|---|
| Jay Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 138NEW | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |
| cr | | Bank of America, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Bayview Loan Servicing, LLC et al, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| 13984784 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#: 8031 |
| 14566890 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13975128 | + | Bank Of America, N.A., c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14567055 | + | Bank of America, NA, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14161360 | + | Bayview Loan Servicing, LLC et al, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13559166 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13645627 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 13559167 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing, Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 13559168 | + | Law Office of David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| 13559170 | + | Susan Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |
| 14467477 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14550260 | + | The Bank of New York Mellon, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: langlawoffice@gmail.com | Jan 21 2021 04:53:00 | David Hamilton Lang, 230 North Monroe Street, Media, PA 19063, UNITED STATES 19063-2908 |
| smg | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2021 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 21 2021 04:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13989850 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 21 2021 04:54:00 | CWABS, Inc., Asset Backed Certificates Trust, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 13559163 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 03:33:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13574268 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 03:27:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13559165 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 138NEW | Total Noticed: 27 |

|  |  | Jan 21 2021 04:54:00 | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
|---|---|---|---|
| 13559164 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 03:27:17 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13559169 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 03:27:20 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13625494 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 03:21:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | CWABS Asset-Backed Certificates |
| cr |  | Tha Bank of New York Mellon |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13559171 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13559173 | *+ | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13559174 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13559175 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing, Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 13568034 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 |
| 13559172 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13559176 | *+ | Law Office of David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| 13559177 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13559178 | *+ | Susan Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID H. LANG | on behalf of Debtor Jay Jackson langlawoffice@gmail.com |
| DAVID H. LANG | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| JEROME B. BLANK | |

District/off: 0313-2                                     User: admin                                          Page 3 of 3

Date Rcvd: Jan 20, 2021                                 Form ID: 138NEW                                       Total Noticed: 27

                            on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

JOSEPH ANGEO DESSOYE

                            on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

JOSHUA I. GOLDMAN

                            on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 c o Shellpoint
Mortgage Servicing Josh.Goldman@padgettlawgroup.com,
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL

                            on behalf of Creditor Bayview Loan Servicing  LLC et al pa-bk@logs.com

PETER J. ASHCROFT

                            on behalf of Creditor GREEN TREE SERVICING  LLC pashcroft@bernsteinlaw.com,
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

REBECCA ANN SOLARZ

                            on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

United States Trustee

                            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

                            on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

                            ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Jay Jackson

        Debtor(s)

               Bankruptcy No: 15−14857−mdc

               Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 1/20/21

59 − 58
Form 138_new