**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Jay Jackson

Debtor(s)

Case No: 15−14857−mdc

___

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 3/22/21

For The Court

Timothy B. McGrath
Clerk of Court

65
Form 206