United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 15-14857-mdc

Jay Jackson                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: Mar 22, 2021                       Form ID: 206                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |
| cr | | Bank of America, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Bayview Loan Servicing, LLC et al, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| 13984784 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#: 8031 |
| 14566890 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13975128 | + | Bank Of America, N.A., c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14567055 | + | Bank of America, NA, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14161360 | + | Bayview Loan Servicing, LLC et al, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13645627 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 13559167 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing, Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 13559168 | + | Law Office of David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| 13559170 | + | Susan Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |
| 14467477 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14550260 | + | The Bank of New York Mellon, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: langlawoffice@gmail.com | Mar 23 2021 09:06:00 | David Hamilton Lang, 230 North Monroe Street, Media, PA 19063, UNITED STATES 19063-2908 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 23 2021 09:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2021 09:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2021 09:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13989850 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 23 2021 09:07:00 | CWABS, Inc., Asset Backed Certificates Trust, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 13559163 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 23 2021 06:48:14 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13574268 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 23 2021 06:36:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13559165 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 23 2021 09:08:00 | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: Mar 22, 2021                       Form ID: 206                                    Total Noticed: 27

| 13559166 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|---|---|---|---|
| | | Mar 23 2021 06:49:19 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13559164 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Mar 23 2021 06:48:11 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13559169 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 23 2021 06:36:57 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13625494 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 23 2021 06:26:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CWABS Asset-Backed Certificates |
| cr | | Tha Bank of New York Mellon |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13559171 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13559173 | *+ | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13559174 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13559175 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing, Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 13568034 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 |
| 13559172 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13559176 | *+ | Law Office of David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| 13559177 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13559178 | *+ | Susan Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID H. LANG | |
| | on behalf of Debtor Jay Jackson langlawoffice@gmail.com |
| DAVID H. LANG | |
| | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| JEROME B. BLANK | |

District/off: 0313-2                             User: admin                                   Page 3 of 3

Date Rcvd: Mar 22, 2021                          Form ID: 206                                  Total Noticed: 27

|  | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
|---|---|
| JOSEPH ANGEO DESSOYE | |
|  | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| JOSHUA I. GOLDMAN | |
|  | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 c o Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | |
|  | on behalf of Creditor Bayview Loan Servicing LLC et al pa-bk@logs.com |
| PETER J. ASHCROFT | |
|  | on behalf of Creditor GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| REBECCA ANN SOLARZ | |
|  | on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com |
| United States Trustee | |
|  | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
|  | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |
|  | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jay Jackson                                        Case No: 15−14857−mdc

      Debtor(s)

_____

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of
discharge for the reason(s) indicated below.

☑  Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course
Concerning Personal Financial Management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

                                                               For The Court

Dated: 3/22/21                                            Timothy B. McGrath
                                                          Clerk of Court