Certificate Number: 17082-PAE-DE-035538877

Bankruptcy Case Number: 15-14857



17082-PAE-DE-035538877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2021</u>, at <u>8:19</u> o'clock <u>PM MST</u>, <u>JAY JACKSON</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 5, 2021</u>          By:    <u>/s/Orsolya K Lazar</u>

                                  Name:  <u>Orsolya K Lazar</u>

                                  Title: <u>Executive Director</u>