UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   FAITH E. THOROGOOD   : Case No. 19-15881AMC
         Debtor               : Chapter 13

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Debtors have filed a with the Court a Motion For Reconsideration of Closing Chapter 13 Case Without A Discharge..

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before May 15, 2021 you or your attorney must do all of the following:

(a) file an answer explaining your position at:
U.S. Bankruptcy Court
Eastern District of Pennsylvania
Bankruptcy Clerk of Courts
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:
David Hamilton Lang, Esquire
230 North Monroe Street
Media, PA 19063
(610) 246-4411
(302) 372-3053 FAX

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on May 18, 2021 at 10:30 A.M. in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: April 24, 2021