**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JAY JACKSON | : | Case No. 15-14857 |
| Debtor | : | Chapter 13 |

**CERTIFICATE OF NO RESPONSE**

    I, David Hamilton Lang, Esquire, attorney for the Debtor, hereby certify that I have not received an answer, response or request for a hearing to the Debtor's Motion For Reconsideration.

Respectfully submitted:

_/s/ David Lang_____
David Hamilton Lang, Esquire