**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JAY JACKSON          :          Case No. 15=14857
      Debtor          :          Chapter 13

### ORDER

AND NOW, this          day of          , 2021, upon consideration

of the Debtor's Motion To Reconsider and after notice and opportunity to be heard, it is hereby

ORDERED that the motion is granted.  The Clerk shall reopen the Debtor's case, upon the

payment of the required filing fee by the Debtor so that the Order for Discharge may be docketed.

Upon the docketing of the Discharge Order, the Clerk shall close the case.


BY THE COURT:

_____
J.