**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JAY JACKSON　　　　　　　　:　　Case No. 15=14857
　　　　　　Debtor　　　　　　　　　:　　Chapter 13

**ORDER**

AND NOW, this   2nd   day of   June   2021, upon consideration of the Debtor's Motion To Reconsider and after notice and opportunity to be heard, it is hereby ORDERED that the motion is granted.  The Clerk shall reopen the Debtor's case, upon the payment of the required filing fee by the Debtor so that the Order for Discharge may be docketed. Upon the docketing of the Discharge Order, the Clerk shall close the case.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE