United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jay Jackson  
    Debtor

Case No. 15-14857-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 02, 2021      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |
| cr | | Bank of America, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Bayview Loan Servicing, LLC et al, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| 13984784 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#: 8031 |
| 14566890 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13975128 | + | Bank Of America, N.A., c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14567055 | + | Bank of America, NA, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14161360 | + | Bayview Loan Servicing, LLC et al, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13645627 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 13559167 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing, Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 13559168 | + | Law Office of David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| 13559170 | + | Susan Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |
| 14467477 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14550260 | + | The Bank of New York Mellon, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: langlawoffice@gmail.com | Jun 03 2021 02:09:00 | David Hamilton Lang, 230 North Monroe Street, Media, PA 19063, UNITED STATES 19063-2908 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2021 02:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2021 02:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 03 2021 02:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13989850 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 03 2021 02:09:00 | CWABS, Inc., Asset Backed Certificates Trust, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 13559163 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 01:37:13 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13574268 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 01:37:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13559165 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 03 2021 02:09:00 | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |

| Recip ID | | | | |
|---|---|---|---|---|
| 13559166 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 01:39:05 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13559164 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 01:38:58 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13559169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 01:35:24 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13625494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 01:35:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CWABS Asset-Backed Certificates |
| cr | | Tha Bank of New York Mellon |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13559171 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13559173 | *+ | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13559174 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13559175 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing, Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 13568034 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 |
| 13559172 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13559176 | *+ | Law Office of David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| 13559177 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13559178 | *+ | Susan Jackson, 101 Sugarman Road, Coatesville, PA 19320-1738 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID H. LANG | on behalf of Debtor Jay Jackson langlawoffice@gmail.com |
| DAVID H. LANG | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 27 |

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

JOSHUA I. GOLDMAN
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 c o Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Bayview Loan Servicing LLC et al pa-bk@logs.com

PETER J. ASHCROFT
    on behalf of Creditor GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JAY JACKSON                :      Case No. 15=14857
       Debtor                     :      Chapter 13

## ORDER

AND NOW, this   2nd   day of   June   2021, upon consideration of the Debtor's Motion To Reconsider and after notice and opportunity to be heard, it is hereby ORDERED that the motion is granted. The Clerk shall reopen the Debtor's case, upon the payment of the required filing fee by the Debtor so that the Order for Discharge may be docketed. Upon the docketing of the Discharge Order, the Clerk shall close the case.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE